

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 304TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 20th day of October, 2017, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| IN THE INTEREST OF A.E., A CHILD, Appellant | On Appeal from the 304th Judicial District Court, Dallas County, Texas Trial Court Cause No. JC-16-433-W. |
| No. 05-17-00425-CV | Opinion delivered by Justice Lang-Miers; Justices Bridges and Evans, participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 31st day of January, 2018.

_____
LISA MATZ, Clerk